**The People of the State of Illinois, defendant in error, v. John B. Harris, plaintiff in error.**
Prosecution for criminal conspiracy to induce witness to absent herself from jurisdiction of court. Judgment of guilty. Error to the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed March 25, 1920.
D. E. Keefe, for plaintiff in error; John B. Harris, *pro se*, of counsel. Joseph P. Streuber and William M. P. Smith, for defendant in error.
Mr. Justice Higbee delivered the opinion of the court.

---

**J. A. Drew, appellee, v. J. A. Ritter, appellant.**
Action of forcible detainer. Judgment for plaintiff. Appeal from the Circuit Court of Richland county; the Hon. J. C. Kern, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed March 25, 1920. Boggs, P. J., dissenting.
H. G. Morris, for appellant. Gee & Gee and Reed & Fritchey, for appellee.
Mr. Justice Higbee delivered the opinion of the court.

---

**William M. Craig, administrator of the estate of M. M. Craig, deceased, appellant, v. W. H. Leach et al., appellees.**
Suit to foreclose real estate mortgage. Decree dismissing bill. Appeal from the Circuit Court of Fayette county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 25, 1920.
Brown & Burnside, for appellant. Albert & Albert, for appellees.
Mr. Justice Higbee delivered the opinion of the court.